**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6040**

———————

LEONARD FAULCON, JR.,

Plaintiff - Appellant,

versus

DENNIS R. BIDWELL, Warden; THOMAS WATSON,
Officer; GARY MCKENZIE, Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-96-879-WMN)

———————

Submitted:  August 28, 1997      Decided:  September 16, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Leonard Faulcon, Jr., Appellant Pro Se.  Gregory Darrell Mack, Spe-
cial Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his <u>Bivens</u> complaint.[*] Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. <u>Faulcon v. Bidwell</u>, No. CA-96-879-WMN (D. Md. Nov. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2